AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.   **CRIMINAL COMPLAINT**

**DARRYL R. ASHTON**

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 9, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __OFFICER JAMES BOTELER__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**OFFICER JAMES BOTELER
NARCOTICS & SPECIAL
INVESTIGATIONS DIVISION, MPD**

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                                                              City and State

_____        _____
Name & Title of Judicial Officer                        Signature of Judicial Officer

**STATEMENT OF FACTS**

      On Thursday, August 9, 2007, sworn officers with the Metropolitan Police Department's Narcotics & Special Investigation Division received information that there were drugs and a gun in xxxx X Xxxxxx, X.X, Xxxxxxxxx xx, Xxxxxxxxxx, X.X. Officers went to that apartment, and talked with the leasee of the apartment. While talking with the leasee, officers received consent to search the apartment. Officers asked if there was anyone else in the apartment, and the leasee informed them that there was a man lying on her bed. After receiving permission to talk to him, officers went to the leasee's bedroom. Officers pushed the bedroom door open, and saw the defendant, Darryl Ashton standing in the room next to a pile of clothes. The defendant attempted to walk to the bathroom. An officer stepped in the defendant's path, as he attempted to reach into his rear pants pocket. Officers asked the defendant if he had anything to hide, and the defendant replied "yeah, some water". Officers recognized the term "Water" to be a commonly used street slang for phencyclidine (PCP). Officers placed the defendant in handcuffs. After being placed in handcuffs, the defendant reached into his rear pants pocket and retrieved several objects which he dropped to the floor. Officers recovered the items the defendant dropped, which consisted of 2 glass vials containing a clear liquid substance with an odor consistent with PCP, and a clear sandwich bag containing approximately 26.9 grams of a white rock-like substance. A search of the defendant revealed $1,886.00 in U.S. Currency, and a clear ziplock with 6 purple ziplocks each containing a white rock-like substance. Officers placed the defendant under arrest. A search of the bedroom revealed a loaded Ruger .45 caliber semi-automatic pistol, an additional silver colored pistol magazine, a plastic bag containing a digital scale with residue, 28 empty glass vials, latex glove, a glass eyedropper with a strong chemical odor, and a large vial containing approximately 1.10 ounces of a clear liquid substance, with a strong chemical odor consistent with PCP. The white rock-like substance appeared to be crack cocaine. A portion of the white rock-like substance field tested positive for cocaine. A portion of the clear liquid substance was later field tested, and gave a positive color reaction for the presence of PCP.

 

OFFICER JAMES BOTELER
NARCOTICS & SPECIAL INVESTIGATIONS DIVISION
METROPOLITAN POLICE DEPARTMENT


SWORN AND SUBSCRIBED BEFORE ME ON THIS ___ DAY OF AUGUST, 2007.


U.S. MAGISTRATE JUDGE