AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

___*for the*___ DISTRICT OF ___Columbia___

UNITED STATES OF AMERICA

v.

*Darryl R. Ashton*

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 07-402M-01

**FILED**

AUG 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, ___DARRELL ASHTON___, charged in a (complaint) (petition) pending in this District with _____

in violation of Title ___21___, U.S.C., ___841___,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

*Darrell Ashton*
Defendant

8/30/2007
Date

*Duane Kemp for Brian K. McDaniel*
Counsel for Defendant