UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.                                    CR No. 07-237

_Darrell Ashton_,
Defendant

## CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE FOR INQUIRY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 11

The United States Magistrate Judge has explained to me that I am charged with a felony and that the Magistrate Judge, with my consent, may report and recommend that my plea of guilty to a felony be accepted. I hereby consent to the Magistrate Judge exercising this authority in my case

## WAIVER OF RIGHT TO TRIAL BY JURY

The Magistrate Judge has advised me of my right to trial by jury.

I HEREBY Waive (give up) my right to trial by jury.   _Darrell Ashton_
                                                       Defendant's signature

Consented to by the United States:   _Angela S. George_
                                      Signature of Government Counsel

_Angela S. George, AUSA_
Print Name and Title

## REPORT AND RECOMMENDATION

On _9/28/07_ (date) the defendant appeared before me and expressed his/her desire to plead guilty Having made the inquires required by Fed R Crim P 11 I am convinced that the defendant is pleading guilty voluntarily with a full awareness of the consequences and of the rights he/she is surrendering by plead of guilty I am also certain, based on the government's proffer, that there is sufficient evidence to convince a reasonable person that the defendant is guilty beyond a reasonable doubt I therefore recommend the acceptance of his plea of guilty

_John M. Facciola_
United States Magistrate Judge