UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

_Darrell Ashton_,
**Defendant**

CR No.  _07 - 237_

## CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE FOR INQUIRY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 11

The United States Magistrate Judge has explained to me that I am charged with a felony and that the Magistrate Judge, with my consent, may report and recommend that my plea of guilty to a felony be accepted.  I hereby consent to the Magistrate Judge exercising this authority in my case

## WAIVER OF RIGHT TO TRIAL BY JURY

The Magistrate Judge has advised me of my right to trial by jury.

I HEREBY Waive (give up) my right to trial by jury.  _Darrell Ashton_
                                                          Defendant's signature

Consented to by the United States·  _Angela S. George_
                                      Signature of Government Counsel

                                      _Angela S. George, AUSA_
                                      Print Name and Title

## REPORT AND RECOMMENDATION

On _9/28/07_ (date) the defendant appeared before me and expressed his/her desire to plead guilty   Having made the inquires required by Fed  R  Crim  P  11  I am convinced that the defendant is pleading guilty voluntarily with a full awareness of the consequences and of the rights he/she is surrendering by plead of guilty   I am also certain, based on the government's proffer, that there is sufficient evidence to convince a reasonable person that the defendant is guilty beyond a reasonable doubt   I therefore recommend the acceptance of his plea of guilty

_John M. Facciola_
United States Magistrate Judge