AO 455 (Rev 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Darryl Ashton

WAIVER OF INDICTMENT

CASE NUMBER: 07-237

**FILED**
SEP 2 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, _Darryl Ashton_, the above named defendant, who is accused of Possession with The Intent to Distribute 5 grams or more of Cocaine Base

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _9/28/07_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer