UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 07-00237 (PLF) |
| v. | : | |
| | : | |
| DARRYL ASHTON | : | Sentencing Date: 12/20/07 |
| Defendant. | : | |

GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the sentencing hearing, presently set for December 20, 2007, at 12 p.m. be continued to a date and time thereafter convenient to the Court and the parties. As grounds for this request, the United States represents that:

1. Recently, the U.S. Sentencing Commission announced that the new sentencing guidelines regarding crack and powder cocaine will apply retroactively to certain criminal cases. Additionally, the United States Supreme Court in *U.S. v. Kimbrough* and *U.S. v. Ball*, as early as last week, issued rulings that may have some effect on the sentencing in this case.

2. Further, the undersigned counsel recently learned that the Department of Justice will be providing guidance to its attorneys regarding the retroactive application of the new sentencing guidelines to certain criminal cases. Given that the defendant did enter a guilty plea to Possession with Intent to Distribute Cocaine Base (also known as crack), the government requests an opportunity to review the new sentencing guidelines and recent federal jurisprudence to determine if it will affect its allocution that it will memorialize in a sentencing memorandum.

3. The undersigned counsel contacted Brian McDaniel, defense counsel, after speaking with the court's chambers. The government informed defense counsel of its intention to move to continue the sentencing hearing, and Mr. McDaniel did not express any opposition. The parties

agreed upon the following mutually convenient date and time: January 4, 2007 at 12:00 p.m.

WHEREFORE, the United States respectfully requests that the court consider granting this motion and ordering that the case should be continued to January 4, 2008 at 12:00 p.m.

                                    Respectfully submitted,

                                    JEFFREY A. TAYLOR
                                  UNITED STATES ATTORNEY

By:                              _____/s/_____
                                  Angela George, Assistant United States Attorney
                                  DC Bar No. 470-567
                                  Federal Major Crimes Section
                                  555 4th Street, N.W., Room 4444
                                  Washington, D.C.  20530
                                  Angela.George@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 07-00237 (PLF) |
| v. | : | |
| | : | |
| DARRYL ASHTON | : | Sentencing Date: 12/20/07 |
| Defendant. | : | |

**ORDER**

Upon consideration of the Government's Motion to Continue Sentencing Hearing, and for good cause shown therein, it is hereby

**ORDERED** that the sentencing hearing shall be continued until the _____th day of January, 2008 at _____ a.m./p.m.

**SO ORDERED**

Date:_____      _____
                                                                                       Paul L. Friedman
                                                                                       U.S. District Court Judge