UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 07-00237 (PLF) |
| v. | : | |
| | : | |
| DARRYL ASHTON | : | Sentencing Date: 12/20/07 |
| Defendant. | : | |

### ORDER

Upon consideration of the Government's Motion to Continue Sentencing Hearing, and for

good cause shown therein, it is hereby

**ORDERED** that the sentencing hearing shall be continued until the _____th day of

January, 2008 at _____ a.m./p.m.

**SO ORDERED**

Date:_____          _____

Paul L. Friedman
U.S. District Court Judge