' HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

# FILED

| UNITED STATES OF AMERICA | : | Docket No.: <u>07-cr-237</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| ASHTON, Darryl R. | : | Disclosure Date: <u>November 7, 2007</u> |

JAN - 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( ✓ )  There are no material/factual inaccuracies therein.
(  )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_Douglas S. George_
Prosecuting Attorney

_12/5/07_
Date

### For the Defendant

(CHECK APPROPRIATE BOX)
( ✓ )  There are no material/factual inaccuracies therein.
(  )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_cancellation 1/4/07_   *NOT RETURNED*   _1/4/07_
Defendant          Date          Defense Counsel          Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>November 21, 2007</u>, to U.S. Probation Officer <u>Kelli Cave</u>, telephone number <u>(202) 565-1357</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
United States Probation Officer

**Receipt and Acknowledgment**                                                    **Page 2**

Signed by: _____Angela S. George_____
                    (Defendant/Defense Attorney/AUSA)

Date: _____12/5/07_____